SEYFARTH SHAW LLP
Mark H. Van Brussel (State Bar No.: 080777)
Robert Milligan (State Bar No.: 217438)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
CSK AUTO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL BOND,<br><br>    Plaintiff,<br><br>    v.<br><br>CSK AUTO, INC., dba KRAGEN AUTO PARTS and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No. 2:05-CV-00704-MCE-PAN<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

The parties, through their counsel, stipulate that plaintiff Earl Bond shall and hereby does dismiss this action with prejudice. Each party shall bear its own costs and fees.

DATED: _____, 2005        RANCAÑO & RANCAÑO


                             By_____
                               David C. Rancaño
                             Attorneys for Plaintiff
                             EARL BOND

DATED: _____, 2005        SEYFARTH SHAW LLP


                             By_____
                               Mark H Van Brussel
                             Attorneys for Defendant
                             CSK AUTO, INC.

1

1 **ORDER**

2     This action is dismissed with prejudice.  Each party shall bear its own costs and fees.

3 IT IS SO ORDERED.

5 Dated: June 15, 2005

7 MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE